Sam ELAM, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Dec. 12, 1941.

Stephens L. Blakely and John R. Blakely for movant.

Hubert Meredith, Attorney General, and W. Owen Keller, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

Renaker PARKS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Dec. 9, 1941.

Harry R. Lair and John M. Keith for movant.

Hubert Meredith, Attorney General, and Jesse K. Lewis, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

WESTCHESTER FIRE INSURANCE COMPANY, Movant, v. Bessie ROSS, Opposed.

Court of Appeals of Kentucky.

Dec. 16, 1941.

Frank M. Drake and B. S. Grannis for movant.

O. R. Bright, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.